# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## <u>SCHEDULE C</u>

<u>LEGAL DESCRIPTION</u>

Starr County, Texas

Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

**Being** a 5.393 acre tract (234,899 sq ft) parcel of land, more or less, being out of a called 30.600 acres, out of a calculated 30.422 acres, in Starr County, Texas conveyed to Minnie G. Saenz tract, Volume 1467, Page 233. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16628622.82, E=931356.63; Thence S 08°59'16" E a distance of 3530.70 feet to a found ½" iron rod at a barbed wire fence corner, at the Northwest corner of the Minnie G. Saenz tract, Volume 1467, Page 233, for the **Point of Commencement,** having the following coordinates: N=16625135.47, E=931908.20.

**Thence:** S 80°51'31" E along the North line of the Minnie G. Saenz tract, Volume 1467, Page 233, along said barbed wire fence, a distance of 593.08 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9007-4=9009-1 on the South line of the City of LA Grulla tract, Volume 527, Page 822 and on the North line of the Minnie G. Saenz tract, Volume 1467, Page 233, for the **Point of Beginning,** having the following coordinates: N=16625041.25, E=932493.75, said point being on the Western boundary of the parcel herein described;

**Thence:** S 80°51'31" E departing said Western boundary, along said barbed wire fence, along said property line, a distance of 234.07 feet to a found ½" iron rod designated as RGV-06-RGC-9007-3=9009-2 for angle, said point being the Northeast corner of the Minnie G. Saenz tract, Volume 1467, Page 233 and the Southeast corner of the City of LA Grulla tract, Volume 527, Page 822;

**Thence:** S 22°12'04" E along the East line of the Minnie G. Saenz tract, Volume 1467, Page 233, along said barbed wire fence, a distance of 296.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9009-3 for angle;

**Thence:** S 10°34'13" W departing said barbed wire fence, departing said property line, crossing the center of an existing 10 foot wide dirt road at 59 feet, a distance of 417.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9009-3A for a Point on Line;

## SCHEDULE C (Cont.)

LEGAL DESCRIPTION

**Thence:** S 10°34'13" W crossing the center of an existing 10 foot wide dirt road at 394 feet, to a barbed wire fence, a distance of 417.55 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9006-1=9009-4 for angle;

**Thence:** N 80°26'23" W along said barbed wire fence, a distance of 210.03 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9006-4=9009-5 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N 10°34'13" E departing said barbed wire fence, crossing the center of an existing 10 foot wide dirt road at 27 feet, along said Western boundary, a distance of 397.76 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9009-5A for a Point on Line;

**Thence:** N 10°34'13" E along said Western boundary, a distance of 397.76 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9009-6 for angle;

**Thence:** N 22°11'14" W along said Western boundary, crossing the center of an existing 10 foot wide dirt road at 314 feet, a distance of 340.70 feet returning to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

**MAP or PLAT**

LAND TO BE CONDEMNED



Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

# SCHEDULE D (Cont.)

## MAP or PLAT



Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

## SCHEDULE D (Cont.)

## MAP or PLAT



Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

## SCHEDULE D (Cont.)

## MAP or PLAT



Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-9009
Owner:  Minnie G. Saenz, et al.
Acres:  5.393

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in Gift Deed, Instrument No. 2015-327625, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)

## ESTATE TAKEN



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY FIVE THOUSAND DOLLARS AND NO/100 ($35,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Minnie G. Saenz<br><br>Garciasville, TX | **RGV-RGC-9009**<br>Gift Deed, Document # 2015-327625<br>Recorded January 4, 2016,<br>Deed Records of Starr County |
| The Grand Royal Arch of Texas'<br>Home for Aged Masons<br>d/b/a Texas Masonic Retirement Center<br>1501 West Division Street<br>Arlington, TX 76012 | Probate Records of Frank Rothert; Cause No. 4974, *In the Matter of the Estate of Frank Rothert*, in the County Court at Law of Hidalgo County, Texas |
| Diana Solis<br><br>Edinburg, TX<br><br>Dahlia Solis<br><br>Edinburg, TX<br><br>Jesus Alberto Solis<br><br>Garciasville, TX | Right of Way Easement dated July 27, 1971, recorded August 3, 1971, in the Starr County, Texas, Official Records as Document Number 1971-78489 |
| Ameida Salinas<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167 Ste. 200<br>Rio Grande City, TX 78582 | Property Taxes |